**BILLY J. WILLIAMS, OSB #901366**
United States Attorney
District of Oregon
**KEVIN DANIELSON, OSB # 065860**
Assistant United States Attorney
kevin.c.danielson@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2902
Telephone: (503) 727-1000
Facsimile: (503) 727-1117
      Attorneys for Defendant United States

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## EUGENE DIVISION

| | |
|---|---|
| **SANDRA DELONG,** <br>     Plaintiff, <br><br> v. <br><br> **UNITED STATES OF AMERICA,** <br>     Defendant. | Case No. 6:15-cv-01876-JR <br><br> **JOINT STIPULATION OF DISMISSAL** |

In accordance with Fed. R. Civ. P. 41(a)(2), Plaintiff Sandra DeLong and Defendant United States, through their respective counsel, give notice to the Court that they have agreed and stipulated as follows:

1.    The parties have entered into a settlement agreement and the agreed settlement amount has been paid to Plaintiff's counsel.

Page 1    Joint Stipulation of Dismissal
               *DeLong v. United States*; No 6:15-cv-01876-JR

2. The case should be dismissed with prejudice.

3. The parties request that this Court enter the proposed Order of Dismissal.

Dated: July 29, 2016.

                                                  Respectfully submitted,

                                                  BILLY WILLIAMS
                                                  United States Attorney
                                                  District of Oregon

| */s/Jennifer Middleton* | */s/Kevin Danielson* |
|---|---|
| Jennifer Middleton | KEVIN DANIELSON |
| Attorney for Plaintiff | Assistant U.S. Attorney |
|  | Attorney for Defendant United States |

Page 2       Joint Stipulation of Dismissal
                *DeLong v. United States*; No 6:15-cv-01876-JR